IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-rj-00002-MJW

LEO MAY,

Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC,

Defendant,

## ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion Directing Garnishee as to the Disposition of the Judgment Debtor's Property (Docket No. 7) is granted as follows. The Garnishee, Great Western Bank, shall forward payment in the amount of $2,278.00 to the Clerk of the United States District Court, District of Colorado, 901 19th Street, Room A-105, Denver, CO 80294-3589.

It is further **ORDERED** that the Clerk shall send a copy of this Minute Order to the Garnishee, Great Western Bank-Garnishments, P.O. Box 4070, Omaha, NE 68104.

Date: September 3, 2015

Michael J. Watanabe
United States Magistrate Judge